**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MARTIN PETER MAYER,**

              **Plaintiff,**            9:17-cv-905
                                                      (GLS/CFH)
          v.

**SCOTT LIBERTY et al.,**

              **Defendants.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Martin Peter Mayer
*Pro Se*
51 Richmond Ave.
Apt. AO
Buffalo, NY 14222

**FOR THE DEFENDANTS:**
*Shannon Finnell*
Johnson Laws, LLC                 APRIL J. LAWS, ESQ.
648 Plank Road, Suite 205       COREY A. RUGGIERO, ESQ.
Clifton Park, NY 12065           GREGORY T. JOHNSON, ESQ.
                                               LORAINE CLARE JELINEK, ESQ.

*Scott Liberty & Glenn Schroyer*     NO APPEARANCE

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

     The above-captioned matter comes to this court following an Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel, duly filed on August 7, 2020. (Dkt. No. 67.) Following fourteen days from the

service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 67) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant Shannon Finnell's motion to dismiss (Dkt. No. 65) is **GRANTED**; and it is further

**ORDERED** that all claims against Finnell are **DISMISSED**; and it is further

**ORDERED** that Finnell's letter motion (Dkt. No. 66) is **GRANTED**; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

September 14, 2020
Albany, New York

Gary L. Sharpe
U.S. District Judge